UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LEXUS B. MARTHEL, Defendant. | 2:21-cr-00053-CKD ORDER TO DISMISS AND VACATE STATUS CONFERENCE DATE:  April 22, 2021 TIME:  9:30 a.m. JUDGE: Honorable Carolyn K. Delaney |

 It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-cr-00053-CKD is GRANTED.

 It is further ordered that the status conference scheduled on April 22, 2021, is vacated.

 IT IS SO ORDERED.

Dated: April 8, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE